UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*Boxes on Desk Maino by HJ*
*Reciept # 19080)*

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Stephen J. Edmonson and Janice Edmonson

Chapter 7 Case No.   09-45775

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Vitreoretinal Surgery PA<br>7760 France Ave S., Suite 310<br>Minneapolis, MN 55435-6215 | 4 | $ 375.05 | $ 3.27 |
| American Express Centurion Bank<br>Beckett & Lee LLP, Attorneys/Agent<br>POB 3001<br>Malvern, PA 19355-0701 | 9 | $ 195.27 | $ 1.70 |
| Recovery Management Systems Corp.<br>For GE Money Bank<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131 | 11 | $ 285.39 | $ 2.49 |
| Deitering McDonough Tax Service Inc.<br>19 Central Ave.<br>Buffalo, MN 55313-1569 | 12 | $ 470.00 | $ 4.09 |
| **Check Amt:** | | | $11.55 |

Date   5-21-10

J. Richard Stermer,   Trustee